UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHE WANG,

Plaintiff,

-against-

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

Defendants.

**ORDER OF SERVICE**

26-CV-07674

Philip M. Halpern, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is directed to issue summonses as to the Defendants United States Citizenship and Immigration Services and United States Department of Homeland Security. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of each summons.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.[2]

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because Plaintiff had not paid the fees. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

[2] Plaintiff is reminded that, because he has sued "the United States and its agencies, corporations, officers, or employees," he must complete service of process in accordance with Rule 4(i). *See* Fed. R. Civ. P. 4(i).

Plaintiff may receive court documents by email by completing the form, Consent to Electronic Service.[3]

SO ORDERED.

Dated: September 28, 2026
White Plains, New York

Philip M. Halpern
United States District Judge

[3] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.